IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTELLECTUAL SCIENCE AND
TECHNOLOGY, INC.,

    Plaintiff,                                       Case No. 2:06-CV-10416

v.                                               Honorable Avern Cohn

TEAC AMERICA, INC.,

    Defendant.
_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Intellectual Science and Technology, Inc., and defendant, TEAC America, Inc., by their respective attorneys, having reached a settlement agreement, and having stipulated to this Order dismissing the above-entitled action with prejudice, with each party to bear its own costs and attorneys' fees, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: September 12, 2007                  s/Avern Cohn
                                                                   AVERN COHN
                                                                   UNITED STATES DISTRICT JUDGE

SO STIPULATED:

By:    s/Lisa A. Brown                        s/with consent of  Michael A. Dorfman
        DYKEMA GOSSETT PLLC                 KATTEN MUCHIN ROSENMAN LLP
        400 Renaissance Center                      525 West Monroe Street
        Detroit, MI  48243                               Chicago, IL  60661-3693
        (313) 568-6943                                   (312) 902-5658
        lbrown@dykema.com                      michael.dorfman@kattenlaw.com
        P67208

Dated: September 11, 2007